BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

MAY 04 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | CASE NO. 2:14-SW-674 CKD |
| 3625 Willow Street<br>Sacramento, CA. | APPLICATION AND ORDER FOR UNSEALING SEARCH WARRANT |

On December 4, 2014, a search warrant was filed in the above-referenced case. Since the government has made initial arrests in this case, it is no longer necessary for the search warrant to be sealed. The government respectfully requests that the search warrant and attached affidavit be unsealed.

Dated: May 4, 2015

BENJAMIN B. WAGNER
United States Attorney

By: _____
JILL M. THOMAS
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED:

Dated: _____5/4/15_____

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE